IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | 1:21CR180-2 |
| v. : | |
| : | |
| RACHE JAMAL FORTSON : | |

## ORDER OF FORFEITURE

WHEREAS, pursuant to the Amended Plea Agreement filed on September 28, 2021, and the plea of guilty entered on September 28, 2021, the Court finds that the following property is hereby forfeitable pursuant to Title 21, United States Code, Section 853, as property involved or used in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B) and 841(b)(1)(A), to wit:

    a.    Remington .22 caliber rifle.

AND WHEREAS, by virtue of the Amended Plea Agreement and other matters of record, there is a nexus between the property to be forfeited and the offense pled to, and the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

AND WHEREAS, publication is unnecessary because the property to be forfeited is worth less than $1,000; and the Government has identified no persons who reasonably appear to be potential claimants entitled to direct notice;

It is hereby **ORDERED, ADJUDGED and DECREED**:

1

1. That based upon the Plea Agreement as to the defendant RACHE JAMAL FORTSON, the United States is hereby authorized to seize the above-described personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That pursuant to Fed. R. Crim. P. 32.2(b)(6), no further notice of this Order is required, and the above-described personal property is forfeited to the United States.

3. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

4. That the Clerk of the Court shall forward two (2) certified copies of this Order to the United States Attorney's Office, Middle District of North Carolina, Attention: Assistant U.S. Attorney Lynne P. Klauer.

This the 12th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE